3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

AARON SCOTT HENDRICKSON,

Defendant.

Case: 1:26-cr-20211
Assigned To : White, Robert J.
Referral Judge: Morris, Patricia T.
Assign. Date : 4/15/2026
IND USA v. Hendrickson(tt)

---

**INDICTMENT**

---

THE GRAND JURY CHARGES:

**<u>COUNT 1</u>**
**(18 U.S.C. §§ 113(a)(6), 1151 and 1153)**
**(Assault Causing Serious Bodily Injury)**

On or about April 4, 2026, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Aaron Scott Hendrickson, an Indian, assaulted Minor Victim 1, and that assault resulted in serious bodily injury to Minor Victim 1, in violation of 18 U.S.C. §§ 113(a)(6), 1151 and 1153.

**COUNT 2**
**(M.C.L 750.136b(3)(b) and 18 U.S.C. §§ 1151, 1153, and 13)**
**(Child Abuse in the Second Degree)**

On or about April 4, 2026, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Aaron Scott Hendrickson, an Indian, knowingly and intentionally committed an act that was likely to cause serious physical and mental harm to Minor Victim 1, a child, regardless of whether harm resulted, by strangling Minor Victim 1, contrary to Michigan Complied Law 750.136b(3)(b) and 18 U.S.C. §§ 1151, 1153, and 13.

Dated: April 15, 2026

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/Roy R. Kranz*
ROY R. KRANZ (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant U.S. Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUS**

Case: 1:26-cr-20211
Assigned To : White, Robert J.
Referral Judge: Morris, Patricia T.
Assign. Date : 4/15/2026
IND USA v. Hendrickson(tt)

| | |
|---|---|
| **United States District Court**<br>**Eastern District of Michigan** | **Criminal Case Cove** |

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** x **No** | **AUSA's Initials:** RRK |

**Case Title:** USA v. Aaron Scott Hendrickson

**County where offense occurred:** Isabella

**Check One:** **X Felony** __ **Misdemeanor** __ **Petty**

__X__ Indictment/___Information --- **no** prior complaint.
______Indictment/___Information --- based upon prior complaint []
______Indictment/___Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ______________________ **Judge:** ______________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: April 15, 2026

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #: P56903

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.